# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SOHAIL KHAZZAN,<br><br>    Petitioner,<br><br>v.<br><br>HEIDI M. LACKNER, Warden,<br><br>    Respondent. | Case No. CV 14-2675-FMO (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the initial Report and Recommendation to which respondent has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that: respondent's Motion to Dismiss is granted in part, in that Ground Two and the part of Ground One pertaining to the alleged failure of the California Department of Corrections and Rehabilitation to follow its own regulations are dismissed; and respondent's Motion to Dismiss is

1  denied in all other respects, without prejudice to respondent reasserting her argument
2  that the Petition is untimely in her answer.

4  DATED:  May 13, 2015                    _____/s/_____
                                            HONORABLE FERNANDO M. OLGUIN
                                            UNITED STATES DISTRICT JUDGE