FILED
CLERK, U.S. DISTRICT COURT

1/4/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SOHAIL KHAZZAN,<br><br>Petitioner,<br><br>v.<br><br>HEIDI M. LACKNER, Warden,<br><br>Respondent. | Case No. CV 14-2675-FMO (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: January 4, 2016

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE