JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/4/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN SOHAIL KHAZZAN, | ) Case No. CV 14-2675-FMO (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| HEIDI M. LACKNER, Warden, | ) |
| Respondent. | ) |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 4, 2016

                                       /s/
                            _____
                            HONORABLE FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE